FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 11, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JENNIFER Y.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARTIN O'MALLEY, COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | No. 1:24-CV-03079-ACE<br><br>ORDER GRANTING STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>**ECF Nos. 10 & 14** |

**BEFORE THE COURT** is the parties' stipulated motion to remand the above-captioned matter to the Commissioner for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  ECF No. 14.  Attorney D. James Tree represents Plaintiff; Special Assistant United States Attorney Shata L. Stucky represents Defendant.  After considering the file and proposed order, **IT IS ORDERED:**

　　1.　The parties' Stipulated Motion for Remand, **ECF No. 14**, is **GRANTED**.  The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative action pursuant to sentence four of 42 U.S.C. § 405(g).  On remand, the Appeals Council shall instruct the Administrative Law Judge to:  (1) offer Plaintiff the opportunity for a new hearing; (2) proceed through the sequential evaluation process, including, if necessary, reevaluating whether Plaintiff can perform jobs that exist in significant numbers in the national economy; and (3) issue a new decision.

ORDER GRANTING STIPULATED MOTION FOR REMAND - 1

     2.     **Judgment shall be entered for PLAINTIFF**.

     3.     Plaintiff's Opening Brief, **ECF No. 10**, is **STRICKEN AS MOOT**.

     4.     An application for attorney fees and costs may be filed by separate motion.

**IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order, forward copies to counsel, and **CLOSE THE FILE**.

DATED October 11, 2024.



_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION FOR REMAND - 2